UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE ) | CHAPTER 7 | |
| ) | | |
| GILBERT V JOHNSON, ) | CASE NO. 04-33054 | |
| ) | | |
| Debtor ) | Hon. Eugene R. Wedoff | |

**NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At: United States Bankruptcy Court, 219 S. Dearborn, Courtroom 744, Chicago, IL 60604

    On: **February 11, 2009**   Time: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    | | |
    |---|---|
    | Receipts | $459,823.09 |
    | Disbursements | $391,636.76 |
    | Net Cash Available for Distribution | $68,186.33 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

    | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
    |---|---|---|---|
    | GREGG SZILAGYI<br>Trustee | $0.00 | $24,998.94 | $0.00 |
    | JOSEPH BALDI & ASSOCIATES<br>Attorney for Trustee | $0.00 | $85,906.00 | $31.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

    | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
    |---|---|---|---|

6.    In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| | | | |

7.    Claims of general unsecured creditors totaling $1,423,351.27 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 0.00%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000004 | CHARTER ONE BANK | 160,947.88 | 0.00 |
| 000002 | GORDON SWORTOUT | 486,177.64 | 0.00 |
| 000001 | HERITAGE COMMUNITY BANK | 741,225.75 | 0.00 |
| 000003 | RACHEL DUDLEY | 35,000.00 | 0.00 |

8.    Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9.    The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10.    Debtor has been discharged.

11.    The Trustee proposes to abandon the following exempt/encumbered property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| STOCK -- 80% HUBER GLASS, INC. | 0.00 |
| STOCK -- 2% MIDWEST DISTRIBUTORS | 0.00 |
| CASH | 25.00 |
| INSURANCE POLICIES -- CNA TERM | 0.00 |
| SPORTS AND HOBBY EQUIPMENT -- GOLF CLUBS | 25.00 |
| CHECKING, SAVINGS, ETC. -- FIRST NORTHWEST | 15.00 |
| HOUSEHOLD GOODS AND FURNISHINGS | 1,000.00 |
| AUTOMOBILE -- 1997 CADILLAC | 4,800.00 |
| AUTOMOBILE -- 1998 FORD WINSTAR | 5,000.00 |
| STOCK -- 6% FRAMA LLC | 0.00 |
| MISC. PICTURES | 50.00 |
| FURS AND JEWELRY -- WATCH, RING | 300.00 |
| INSURANCE POLICIES -- AMERICAN STATES | 18,000.00 |
| WEARING APPAREL | 200.00 |
| CONTINGENT CLAIMS -- ROBERT RILEY | 0.00 |

Dated: **January 16, 2009**                          For the Court,

                                            By:   **KENNETH S. GARDNER**
                                                  Kenneth S. Gardner
                                                  Clerk of the U.S. Bankruptcy Court
                                                  219 S. Dearborn Street; 7th Floor
                                                  Chicago, IL 60604

| | |
|---|---|
| Trustee: | Gregg Szilagyi |
| Address: | One South Wacker Drive |
|  | Chicago, Illinois 60606 |
| Phone No.: | (312) 634-4748 |