UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 7 |
| | ) | |
| GILBERT V JOHNSON, | ) | CASE NO. 04-33054 |
| | ) | |
| Debtor | ) | Hon. Eugene R. Wedoff |

**NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:   United States Bankruptcy Court, 219 S. Dearborn, Courtroom 744, Chicago, IL 60604

    On: **February 11, 2009**        Time: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    | | |
    |---|---:|
    | Receipts | $459,823.09 |
    | Disbursements | $391,636.76 |
    | Net Cash Available for Distribution | $68,186.33 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

    | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
    |---|---:|---:|---:|
    | GREGG SZILAGYI<br>Trustee | $0.00 | $24,998.94 | $0.00 |
    | JOSEPH BALDI & ASSOCIATES<br>Attorney for Trustee | $0.00 | $85,906.00 | $31.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

    | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
    |---|---|---|---|

6.    In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7.    Claims of general unsecured creditors totaling $1,423,351.27 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 0.00%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000004 | CHARTER ONE BANK | 160,947.88 | 0.00 |
| 000002 | GORDON SWORTOUT | 486,177.64 | 0.00 |
| 000001 | HERITAGE COMMUNITY BANK | 741,225.75 | 0.00 |
| 000003 | RACHEL DUDLEY | 35,000.00 | 0.00 |

8.    Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9.    The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10.    Debtor has been discharged.

11.    The Trustee proposes to abandon the following exempt/encumbered property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| STOCK -- 80% HUBER GLASS, INC. | 0.00 |
| STOCK -- 2% MIDWEST DISTRIBUTORS | 0.00 |
| CASH | 25.00 |
| INSURANCE POLICIES -- CNA TERM | 0.00 |
| SPORTS AND HOBBY EQUIPMENT -- GOLF CLUBS | 25.00 |
| CHECKING, SAVINGS, ETC. -- FIRST NORTHWEST | 15.00 |
| HOUSEHOLD GOODS AND FURNISHINGS | 1,000.00 |
| AUTOMOBILE -- 1997 CADILLAC | 4,800.00 |
| AUTOMOBILE -- 1998 FORD WINSTAR | 5,000.00 |
| STOCK -- 6% FRAMA LLC | 0.00 |
| MISC. PICTURES | 50.00 |
| FURS AND JEWELRY -- WATCH, RING | 300.00 |
| INSURANCE POLICIES -- AMERICAN STATES | 18,000.00 |
| WEARING APPAREL | 200.00 |
| CONTINGENT CLAIMS -- ROBERT RILEY | 0.00 |

Dated:  **January 16, 2009**                                      For the Court,

                                                                  By:  **KENNETH S. GARDNER**
                                                                       Kenneth S. Gardner
                                                                       Clerk of the U.S. Bankruptcy Court
                                                                       219 S. Dearborn Street; 7th Floor
                                                                       Chicago, IL 60604

Trustee:      Gregg Szilagyi
Address:      One South Wacker Drive
              Chicago, Illinois 60606
Phone No.:    (312) 634-4748

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: amcc7              Page 1 of 1              Date Rcvd: Jan 16, 2009
Case: 04-33054                Form ID: pdf002          Total Served: 21

The following entities were served by first class mail on Jan 18, 2009.
db         +Gilbert V Johnson,    1932 N Evergreen Ave,   Arlington Hts, IL 60004-3172
aty        +Donna B Wallace,    Joseph A Baldi & Associates, PC,   19 S Lasalle Street Suite 1500,
             Chicago, IL 60603-1413
aty        +Elizabeth C Berg,    Joseph A. Baldi & Associates,   19 S Lasalle Street, , Suite 1500,
             Chicago, IL 60603-1413
aty        +Joseph A Baldi,    Joseph Baldi & Associates,   19 S Lasalle Street Suite 1500,
             Chicago, IL 60603-1413
aty        +Joseph E Cohen, Atty,    Cohen & Krol,   105 West Madison Suite 1100,   Chicago, IL 60602-4600
tr         +Gregg Szilagyi,    Tailwind Services LLC,   One South Wacker Drive,   Suite 800,
             Chicago, IL 60606-4650
8460012     Bank One,    P.O. Box 26963,   Greensboro, NC 27419-6963
10737141   +Charter One Bank, N.A.,    c/o Codilis and Associates, P.C.,   15W030 North Frontage Road,
             Suite 100,   Burr Ridge, IL 60527-6921
8460013     Citizens Bank,    Loan Department,   P.O. Box 1790,   Flint, MI 48501-1790
8460015    +Gordon Sworthout,    At Last Consulting,   6908 Altamira,   Miami, FL 33146-3814
9381578    +Gordon Swortout,    At last Consulting,   6908 Altamira,   Coral Gables FL 33146-3814
8460016    +Harris Bank Barrington NA,    150 West Wilson,   Palatine, IL 60067-0926
8460017    +Heritage Community Bank,   18301 South Halsted,   Glenwood, IL 60425-1069
8460018     Heritage Community Bank,    P.O .Box 500,   Glenwood, IL 60425-0500
8993211    +Heritage Community Bank,    c/o Stephen L Faydash,   6125 S Cash Avenue,   Westmont IL 60559-2676
8460019    +Rachel Dudley,    11682 Evergreen Ln,   Huntley IL 60142-6312
9612356    +Rachel Dudley,    1950 Westridge Blvd.,   Bartlett, IL 60103-1352
8460020     Sallie Mae Servicing/ Great Lakes,    P.O. Box 4700,   Wilkes Barre, PA 18773-4700
8460021    +The Hechtman Group,    444 Skokie Blvd,   Wilmette, IL 60091-3086
8460022    +Thomas & Anita Ness,    351 Town Place Circle #311,   Buffalo Grove, IL 60089-2426
8460014   ++US BANK,    PO BOX 5229,   CINCINNATI OH 45201-5229
            (address filed with court: Elan Financial Services,    P.O. Box 790408,
             Saint Louis, MO 63179-0408)

The following entities were served by electronic transmission.
NONE.                                                                                       TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 18, 2009**                        **Signature:**    _/s/ Joseph Speetjens_