UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
GILBERT V JOHNSON § Case No. 04-33054
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   Gregg Szilagyi, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

   3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $            (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:  CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ____ on _____. The case was pending for ____ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By:/s/Gregg Szilagyi_____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| ESTATE OF GILBERT JOHNSON |  |  |  |
| MELBA JEAN JOHNSON |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| HERITAGE COMMUNITY BANK | | | | | |
| JP MORGAN CHASE BANK, N.A. | | | | | |
| TOTAL SECURED CLAIMS | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Gregg Szilagyi | | | | | |
| Gregg Szilagyi | | | | | |
| INTERNATIONAL SURETIES LTD | | | | | |
| INTERNATIONAL SURETIES LTD | | | | | |
| INTERNATIONAL SURETIES LTD | | | | | |
| CLERK OF THE UNITED STATES DISTRICT COURT | | | | | |
| ATTORNEY'S TITLE | | | | | |
| ARLINGTON HEIGHTS ENCLAVE CONDO ASS | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| COOK COUNTY ASSESSOR | | | | | |
| JOSEPH A. BALDI & ASSOCIATES | | | | | |
| JOSEPH A. BALDI & ASSOCIATES | | | | | |
| COLDWELL BANKER/REMAX | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CHARTER ONE BANK | | | | | |
| GORDON SWORTOUT | | | | | |
| HERITAGE COMMUNITY BANK | | | | | |
| RACHEL DUDLEY | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 04-33054 | ERW | Judge: | Eugene R. Wedoff | | Trustee Name: | Gregg Szilagyi |
|---|---|---|---|---|---|---|---|
| Case Name: | GILBERT V JOHNSON | | | | | Date Filed (f) or Converted (c): | 09/07/04 (f) |
| | | | | | | 341(a) Meeting Date: | 10/14/04 |
| For Period Ending: 11/04/09 | | | | | | Claims Bar Date: | 07/25/05 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | REAL ESTATE -- 1932 EVERGREEN, ARLINGTON HTS, IL | 460,000.00 | Unknown | | 440,000.00 | FA |
| 2 | CASH | 25.00 | Unknown | DA | 0.00 | Unknown |
| 3 | CHECKING, SAVINGS, ETC. -- FIRST NORTHWEST | 15.00 | Unknown | DA | 0.00 | Unknown |
| 4 | HOUSEHOLD GOODS AND FURNISHINGS | 1,000.00 | Unknown | DA | 0.00 | Unknown |
| 5 | MISC. PICTURES | 50.00 | Unknown | DA | 0.00 | Unknown |
| 6 | WEARING APPAREL | 200.00 | Unknown | DA | 0.00 | Unknown |
| 7 | FURS AND JEWELRY -- WATCH, RING | 300.00 | Unknown | DA | 0.00 | Unknown |
| 8 | SPORTS AND HOBBY EQUIPMENT -- GOLF CLUBS | 25.00 | Unknown | DA | 0.00 | Unknown |
| 9 | INSURANCE POLICIES -- AMERICAN STATES | 18,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 10 | INSURANCE POLICIES -- CNA TERM | 0.00 | 0.00 | DA | 0.00 | 0.00 |
| 11 | STOCK -- 6% FRAMA LLC | 0.00 | 0.00 | DA | 0.00 | 0.00 |
| 12 | STOCK -- 80% HUBER GLASS, INC. | 0.00 | 0.00 | DA | 0.00 | 0.00 |
| 13 | STOCK -- 2% MIDWEST DISTRIBUTORS | 0.00 | Unknown | DA | 0.00 | Unknown |
| 14 | CONTINGENT CLAIMS -- ROBERT RILEY | Unknown | Unknown | DA | 0.00 | Unknown |
| 15 | AUTOMOBILE -- 1998 FORD WINSTAR | 5,000.00 | Unknown | DA | 0.00 | Unknown |
| 16 | AUTOMOBILE -- 1997 CADILLAC | 4,800.00 | Unknown | DA | 0.00 | Unknown |
| 17 | Post-Petition Interest Deposits (u) | Unknown | N/A | | 6,329.27 | Unknown |
| 18 | AVOIDANCE ACTION -- HERITAGE COMMUNITY BANK (u) | 0.00 | Unknown | | 4,500.00 | FA |
| 19 | AVOIDANCE ACTION - HORWOOD MARCUS & BERK (u) | Unknown | Unknown | | 9,000.00 | FA |
| | TOTALS (Excluding Unknown Values) | $489,415.00 | $0.00 | | $459,829.27 | Gross Value of Remaining Assets $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

RE PROP # 1 -- PROPERTY HELD IN JT W/NON-DEBTOR SPOUSE

UST Form 101-7-TDR (9/1/2009) *(Page: 7)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | | | |
|---|---|---|---|---|
| Case No: | 04-33054 ERW | Judge: Eugene R. Wedoff | Trustee Name: | Gregg Szilagyi |
| Case Name: | GILBERT V JOHNSON | | Date Filed (f) or Converted (c): | 09/07/04 (f) |
| | | | 341(a) Meeting Date: | 10/14/04 |
| For Period Ending: 11/04/09 | | | Claims Bar Date: | 07/25/05 |

Initial Projected Date of Final Report (TFR): 12/31/06   Current Projected Date of Final Report (TFR): 12/31/06

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 04-33054  
Case Name: GILBERT V JOHNSON  
Taxpayer ID No: XX-XXX7866  
For Period Ending: 11/04/09  

Trustee Name: Gregg Szilagyi  
Bank Name: Bank of America  
Account Number/CD#: XXXXXX1821 - CHECKING ACCOUNT  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):  

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account/CD Balance ($) |
|---|---|---|---|---|---|---|---|
|  |  | No transactions |  |  |  |  |  |

|  | COLUMN TOTALS | 0.00 | 0.00 | 0.00 |
|---|---|---|---|---|
|  | Less: Bank Transfers/CD's | 0.00 | 0.00 |  |
|  | Subtotal | 0.00 | 0.00 |  |
|  | Less: Payments to Debtors | 0.00 | 0.00 |  |
|  | Net | 0.00 | 0.00 |  |

Page Subtotals      0.00      0.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2
Exhibit 9

Case No: 04-33054
Case Name: GILBERT V JOHNSON
Taxpayer ID No: XX-XXX7866
For Period Ending: 11/04/09

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXX3926 - MONEY MARKET
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account/CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 07/11/05 |  | ATTORNEY'S TITLE GUARANTY FUND, INC. | DEPOSIT OF HOME SALE PROCEEDS |  | 179,844.32 |  | 179,844.32 |
|  | 1 |  | REAL ESTATE -- 1932 EVERGREEN, ARLINGTON HTS, IL     440,000.00 | 1110-000 |  |  |  |
|  |  | COLDWELL BANKER/REMAX<br>COLDWELL BANKER/REMAX | BROKER'S COMMISION AND EXPENSES     (23,345.00) | 3510-000 |  |  |  |
|  |  | ATTORNEY'S TITLE<br>ATTORNEY'S TITLE | TITLE FEES     (1,948.00) | 2500-000 |  |  |  |
|  |  | COOK COUNTY ASSESSOR<br>COOK COUNTY ASSESSOR | REAL ESTATE TAXES     (6,525.03) | 2820-000 |  |  |  |
|  |  | HERITAGE COMMUNITY BANK<br>HERITAGE COMMUNITY BANK | MORTGAGE PAYOFF AND FEES     (203,434.25) | 4110-000 |  |  |  |
|  |  | ARLINGTON HEIGHTS ENCLAVE CONDO ASS<br>ARLINGTON HEIGHTS ENCLAVE CONDO ASSN | CONDO FEES     (59.08) | 2500-000 |  |  |  |
|  |  | ESTATE OF GILBERT JOHNSON<br>ESTATE OF GILBERT JOHNSON | HOMESTEAD EXEMPTION     (7,500.00) | 8100-002 |  |  |  |
|  |  | MELBA JEAN JOHNSON<br>MELBA JEAN JOHNSON | PAYMENT TO CO-OWNER     (17,344.32) | 8500-002 |  |  |  |
| 07/15/05 |  | Transfer to Acct #XXXXXX3984 | Bank Funds Transfer<br>RESERVE FOR CHARTER ONE DISPUTE | 9999-000 |  | 170,000.00 | 9,844.32 |
| 07/29/05 | 17 | BANK OF AMERICA | Interest Rate 0.250 | 1270-000 | 10.92 |  | 9,855.24 |
| 08/31/05 | 17 | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | 5.03 |  | 9,860.27 |
| 09/12/05 | 18 | HERITAGE COMMUNITY BANK | RECEIPT ODF PREF. SETTLEMENT PROCEEDS | 1241-000 | 4,500.00 |  | 14,360.27 |
| 09/30/05 | 17 | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | 5.96 |  | 14,366.23 |
|  |  |  | Page Subtotals |  | 184,366.23 | 170,000.00 |  |

UST Form 101-7-TDR (9/1/2009)  *(Page: 10)*

Page: 3
Exhibit 9

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 04-33054
Case Name: GILBERT V JOHNSON
Taxpayer ID No: XX-XXX7866
For Period Ending: 11/04/09

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXX3926 - MONEY MARKET
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | 5<br>Uniform Tran. Code | 6<br>Deposits ($) | 7<br>Disbursements ($) | 8<br>Account/CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 10/31/05 | 17 | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | 7.32 | | 14,373.55 |
| 11/30/05 | 17 | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | 7.09 | | 14,380.64 |
| 12/30/05 | 17 | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | 7.32 | | 14,387.96 |
| 01/31/06 | 17 | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | 7.34 | | 14,395.30 |
| 02/09/06 | 001000 | INTERNATIONAL SURETIES LTD<br>SUITE 500<br>203 CARONDELET STREET<br>NEW ORLEANS, LA 70130 | BOND PREMIUM PAYMENT | 2300-000 | | 590.57 | 13,804.73 |
| 02/28/06 | 17 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 10.04 | | 13,814.77 |
| 03/31/06 | 17 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 11.73 | | 13,826.50 |
| 04/28/06 | 17 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 11.36 | | 13,837.86 |
| 05/31/06 | 17 | Bank of America | Interest Rate 1.000 | 1270-000 | 11.76 | | 13,849.62 |
| 06/30/06 | 17 | Bank of America | Interest Rate 1.000 | 1270-000 | 11.38 | | 13,861.00 |
| 07/31/06 | 17 | Bank of America | Interest Rate 1.000 | 1270-000 | 11.77 | | 13,872.77 |
| 08/31/06 | 17 | Bank of America | Interest Rate 1.000 | 1270-000 | 11.78 | | 13,884.55 |
| 09/29/06 | 17 | Bank of America | Interest Rate 1.000 | 1270-000 | 11.41 | | 13,895.96 |
| 10/16/06 | 19 | HORWOOD MARCUS & BERK | SETTLEMENT OF AVOIDANCE ACTION | 1229-000 | 9,000.00 | | 22,895.96 |
| 10/31/06 | 17 | Bank of America | Interest Rate 1.000 | 1270-000 | 15.24 | | 22,911.20 |
| 11/30/06 | 17 | Bank of America | Interest Rate 1.000 | 1270-000 | 18.83 | | 22,930.03 |
| 12/29/06 | 17 | Bank of America | Interest Rate 1.000 | 1270-000 | 19.47 | | 22,949.50 |
| 01/31/07 | 17 | Bank of America | Interest Rate 1.000 | 1270-000 | 19.50 | | 22,969.00 |
| 02/28/07 | 17 | Bank of America | Interest Rate 1.000 | 1270-000 | 17.62 | | 22,986.62 |
| 03/15/07 | 001001 | INTERNATIONAL SURETIES LTD<br>SUITE 500<br>203 CARONDELET STREET<br>NEW ORLEANS, LA 70130 | | 2300-000 | | 266.89 | 22,719.73 |
| 03/30/07 | 17 | Bank of America | Interest Rate 1.000 | 1270-000 | 19.44 | | 22,739.17 |
| 04/30/07 | 17 | Bank of America | Interest Rate 1.000 | 1270-000 | 18.69 | | 22,757.86 |
| | | | Page Subtotals | | 9,249.09 | 857.46 | |

UST Form 101-7-TDR (9/1/2009) *(Page: 11)*

Case 04-33054 Doc 79 Filed 12/30/09 Entered 12/30/09 10:08:33 Desc Main
Document Page 12 of 17

FORM 2
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4
Exhibit 9

Case No: 04-33054
Case Name: GILBERT V JOHNSON
Taxpayer ID No: XX-XXX7866
For Period Ending: 11/04/09

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXX3926 - MONEY MARKET
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account/CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 05/31/07 | 17 | Bank of America | Interest Rate 1.000 | 1270-000 | 19.33 | | 22,777.19 |
| 06/29/07 | 17 | Bank of America | Interest Rate 1.000 | 1270-000 | 18.72 | | 22,795.91 |
| 07/31/07 | 17 | Bank of America | Interest Rate 1.000 | 1270-000 | 19.36 | | 22,815.27 |
| 08/07/07 | | Transfer to Acct#XXXXXX1575 | Transfer of Funds | 9999-000 | | 500.00 | 22,315.27 |
| 08/31/07 | 17 | Bank of America | Interest Rate 1.000 | 1270-000 | 19.03 | | 22,334.30 |
| 09/28/07 | 17 | Bank of America | Interest Rate 0.750 | 1270-000 | 14.22 | | 22,348.52 |
| 10/31/07 | 17 | Bank of America | Interest Rate 0.750 | 1270-000 | 14.24 | | 22,362.76 |
| 11/30/07 | 17 | Bank of America | Interest Rate 0.650 | 1270-000 | 11.95 | | 22,374.71 |
| 12/31/07 | 17 | Bank of America | Interest Rate 0.500 | 1270-000 | 10.70 | | 22,385.41 |
| 01/31/08 | 17 | Bank of America | Interest Rate 0.400 | 1270-000 | 8.87 | | 22,394.28 |
| 02/28/08 | 001002 | INTERNATIONAL SURETIES LTD<br>SUITE 500<br>203 CARONDELET STREET<br>NEW ORLEANS, LA 70130 | | 2300-000 | | 168.62 | 22,225.66 |
| 02/29/08 | 17 | Bank of America | Interest Rate 0.300 | 1270-000 | 5.32 | | 22,230.98 |
| 03/31/08 | 17 | Bank of America | Interest Rate 0.250 | 1270-000 | 5.26 | | 22,236.24 |
| 04/30/08 | 17 | Bank of America | Interest Rate 0.250 | 1270-000 | 4.56 | | 22,240.80 |
| 05/30/08 | 17 | Bank of America | Interest Rate 0.150 | 1270-000 | 2.82 | | 22,243.62 |
| 06/30/08 | 17 | Bank of America | Interest Rate 0.150 | 1270-000 | 2.74 | | 22,246.36 |
| 07/31/08 | 17 | Bank of America | Interest Rate 0.150 | 1270-000 | 2.83 | | 22,249.19 |
| 08/29/08 | 17 | Bank of America 3 part check | Interest Rate 0.150 | 1270-000 | 2.82 | | 22,252.01 |
| 09/30/08 | 17 | Bank of America | Interest Rate 0.150 | 1270-000 | 2.74 | | 22,254.75 |
| 10/31/08 | 17 | Bank of America | Interest Rate 0.100 | 1270-000 | 2.16 | | 22,256.91 |
| 11/28/08 | 17 | Bank of America | Interest Rate 0.100 | 1270-000 | 1.82 | | 22,258.73 |
| 12/31/08 | 17 | Bank of America | Interest Rate 0.010 | 1270-000 | 1.12 | | 22,259.85 |
| 01/30/09 | 17 | Bank of America | Interest Rate 0.010 | 1270-000 | 0.18 | | 22,260.03 |
| 02/03/09 | 17 | Bank of America | Interest | 1270-000 | 0.02 | | 22,260.05 |
| 02/03/09 | | Transfer to Acct#XXXXXX1575 | Transfer of Funds | 9999-000 | | 22,260.05 | 0.00 |
| | | | Page Subtotals | | 170.81 | 22,928.67 | |

UST Form 101-7-TDR (9/1/2009) *(Page: 12)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 5
Exhibit 9

Case No: 04-33054  
Case Name: GILBERT V JOHNSON  
Taxpayer ID No: XX-XXX7866  
For Period Ending: 11/04/09  

Trustee Name: Gregg Szilagyi  
Bank Name: Bank of America  
Account Number/CD#: XXXXXX3926 - MONEY MARKET  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account/CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | COLUMN TOTALS | | 193,786.13 | 193,786.13 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 192,760.05 | |
| | | | Subtotal | | 193,786.13 | 1,026.08 | |
| | | | Less: Payments to Debtors | | 0.00 | 0.00 | |
| | | | Net | | 193,786.13 | 1,026.08 | |

Page Subtotals         0.00         0.00

UST Form 101-7-TDR (9/1/2009) *(Page: 13)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 04-33054　　　　　　　　　　　　　　　　　　　　　　　Trustee Name: Gregg Szilagyi
Case Name: GILBERT V JOHNSON　　　　　　　　　　　　　　　　　Bank Name: Bank of America
　　　　　　　　　　　　　　　　　　　　　　　　　Account Number/CD#: XXXXXX3984 - MONEY MARKET -- CHARTER ONE DISPUTE
Taxpayer ID No: XX-XXX7866　　　　　　　　　　　　　　　　　Blanket Bond (per case limit): $5,000,000.00
For Period Ending: 11/04/09　　　　　　　　　　　　　　　　　Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/15/05 | | Transfer from Acct #XXXXXX3926 | Bank Funds Transfer RESERVE FOR CHARTER ONE DISPUTE | 9999-000 | 170,000.00 | | 170,000.00 |
| 07/29/05 | 17 | BANK OF AMERICA | Interest Rate 0.250 | 1270-000 | 19.79 | | 170,019.79 |
| 08/31/05 | 17 | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | 86.65 | | 170,106.44 |
| 09/30/05 | 17 | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | 83.89 | | 170,190.33 |
| 10/31/05 | 17 | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | 86.73 | | 170,277.06 |
| 11/30/05 | 17 | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | 83.97 | | 170,361.03 |
| 12/30/05 | 17 | BANK OF AMERICA | Interest Rate 0.800 | 1270-000 | 98.95 | | 170,459.98 |
| 01/31/06 | 17 | BANK OF AMERICA | Interest Rate 0.800 | 1270-000 | 115.82 | | 170,575.80 |
| 02/28/06 | 17 | BANK OF AMERICA | Interest Rate 0.800 | 1270-000 | 104.68 | | 170,680.48 |
| 03/31/06 | 17 | BANK OF AMERICA | Interest Rate 1.100 | 1270-000 | 131.40 | | 170,811.88 |
| 04/28/06 | 17 | BANK OF AMERICA | Interest Rate 1.100 | 1270-000 | 154.43 | | 170,966.31 |
| 05/31/06 | 17 | Bank of America | Interest Rate 1.100 | 1270-000 | 159.73 | | 171,126.04 |
| 06/30/06 | 17 | Bank of America | Interest Rate 1.500 | 1270-000 | 177.22 | | 171,303.26 |
| 07/31/06 | 17 | Bank of America | Interest Rate 1.500 | 1270-000 | 218.24 | | 171,521.50 |
| 08/31/06 | 17 | Bank of America | Interest Rate 1.500 | 1270-000 | 218.51 | | 171,740.01 |
| 09/29/06 | 17 | Bank of America | Interest Rate 1.750 | 1270-000 | 227.02 | | 171,967.03 |
| 10/31/06 | 17 | Bank of America | Interest Rate 1.750 | 1270-000 | 255.60 | | 172,222.63 |
| 11/30/06 | 17 | Bank of America | Interest Rate 1.750 | 1270-000 | 247.72 | | 172,470.35 |
| 12/29/06 | 17 | Bank of America | Interest Rate 1.750 | 1270-000 | 256.33 | | 172,726.68 |
| 01/31/07 | 17 | Bank of America | Interest Rate 1.750 | 1270-000 | 256.73 | | 172,983.41 |
| 02/28/07 | 17 | Bank of America | Interest Rate 1.750 | 1270-000 | 232.22 | | 173,215.63 |
| 03/30/07 | 17 | Bank of America | Interest Rate 1.750 | 1270-000 | 257.45 | | 173,473.08 |
| 04/30/07 | 17 | Bank of America | Interest Rate 1.750 | 1270-000 | 249.52 | | 173,722.60 |
| 05/31/07 | 17 | Bank of America | Interest Rate 1.750 | 1270-000 | 258.20 | | 173,980.80 |
| 06/29/07 | 17 | Bank of America | Interest Rate 1.750 | 1270-000 | 250.24 | | 174,231.04 |
| 07/31/07 | 17 | Bank of America | Interest Rate 1.750 | 1270-000 | 258.96 | | 174,490.00 |
| 08/31/07 | 17 | Bank of America | Interest Rate 1.750 | 1270-000 | 259.34 | | 174,749.34 |

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page Subtotals　　　　174,749.34　　　　　　0.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 04-33054
Case Name: GILBERT V JOHNSON
Taxpayer ID No: XX-XXX7866
For Period Ending: 11/04/09

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXX3984 - MONEY MARKET -- CHARTER ONE DISPUTE
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/28/07 | 17 | Bank of America | Interest Rate 1.300 | 1270-000 | 221.18 | | 174,970.52 |
| 10/31/07 | 17 | Bank of America | Interest Rate 1.300 | 1270-000 | 193.19 | | 175,163.71 |
| 11/30/07 | 17 | Bank of America | Interest Rate 1.300 | 1270-000 | 187.16 | | 175,350.87 |
| 12/31/07 | 17 | Bank of America | Interest Rate 0.850 | 1270-000 | 161.18 | | 175,512.05 |
| 01/31/08 | 17 | Bank of America | Interest Rate 0.500 | 1270-000 | 124.69 | | 175,636.74 |
| 02/29/08 | 17 | Bank of America | Interest Rate 0.500 | 1270-000 | 69.58 | | 175,706.32 |
| 03/31/08 | 17 | Bank of America | Interest Rate 0.400 | 1270-000 | 67.69 | | 175,774.01 |
| 04/22/08 | | Transfer to Acct#XXXXXX1575 | Transfer of Funds | 9999-000 | | 130,000.00 | 45,774.01 |
| 04/30/08 | 17 | Bank of America | Interest Rate 0.400 | 1270-000 | 44.84 | | 45,818.85 |
| 05/30/08 | 17 | Bank of America | Interest Rate 0.250 | 1270-000 | 9.70 | | 45,828.55 |
| 06/30/08 | 17 | Bank of America | Interest Rate 0.250 | 1270-000 | 9.39 | | 45,837.94 |
| 07/31/08 | 17 | Bank of America | Interest Rate 0.250 | 1270-000 | 9.71 | | 45,847.65 |
| 08/29/08 | 17 | Bank of America 3 part check | Interest Rate 0.250 | 1270-000 | 9.70 | | 45,857.35 |
| 09/30/08 | 17 | Bank of America | Interest Rate 0.250 | 1270-000 | 9.40 | | 45,866.75 |
| 10/31/08 | 17 | Bank of America | Interest Rate 0.200 | 1270-000 | 8.33 | | 45,875.08 |
| 11/28/08 | 17 | Bank of America | Interest Rate 0.200 | 1270-000 | 7.52 | | 45,882.60 |
| 12/31/08 | 17 | Bank of America | Interest Rate 0.010 | 1270-000 | 4.44 | | 45,887.04 |
| 01/30/09 | 17 | Bank of America | Interest Rate 0.010 | 1270-000 | 0.39 | | 45,887.43 |
| 02/03/09 | 17 | Bank of America | Interest | 1270-000 | 0.03 | | 45,887.46 |
| 02/03/09 | | Transfer to Acct#XXXXXX1575 | Transfer of Funds | 9999-000 | | 45,887.46 | 0.00 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | 175,887.46 | 175,887.46 | 0.00 |
| Less: Bank Transfers/CD's | 170,000.00 | 175,887.46 | |
| Subtotal | 5,887.46 | 0.00 | |
| Less: Payments to Debtors | 0.00 | 0.00 | |
| Net | 5,887.46 | 0.00 | |

Page Subtotals     1,138.12     175,887.46

UST Form 101-7-TDR (9/1/2009) *(Page: 15)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 8
Exhibit 9

Case No: 04-33054
Case Name: GILBERT V JOHNSON
Taxpayer ID No: XX-XXX7866
For Period Ending: 11/04/09

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXX1575 - CHECKING ACCOUNT
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account/CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 08/07/07 | | Transfer from Acct#XXXXXX3926 | Transfer of Funds | 9999-000 | 500.00 | | 500.00 |
| 08/07/07 | 003001 | CLERK OF THE UNITED STATES DISTRICT COURT<br>219 S. DEARBORM<br>CHICAGO, IL 60603 | APPEAL FEE | 2410-000 | | 455.00 | 45.00 |
| 04/22/08 | | Transfer from Acct#XXXXXX3984 | Transfer of Funds | 9999-000 | 130,000.00 | | 130,045.00 |
| 04/22/08 | 003002 | RBS CITIZENS, N.A. | PAYOFF OF MORTGAGE/SETTLEMENT OF 05-01717 | 4110-000 | | 130,000.00 | 45.00 |
| 05/08/08 | 003002 | RBS CITIZENS, N.A. | ISSUED IN ERROR TO WRONG PAYEE | 4110-000 | | -130,000.00 | 130,045.00 |
| 05/08/08 | 003003 | JP MORGAN CHASE BANK, N.A. | SETTLEMENT/MORTGAGE PAYMENT | 4110-000 | | 130,000.00 | 45.00 |
| 02/03/09 | | Transfer from Acct#XXXXXX3984 | Transfer of Funds | 9999-000 | 45,887.46 | | 45,932.46 |
| 02/03/09 | | Transfer from Acct#XXXXXX3926 | Transfer of Funds | 9999-000 | 22,260.05 | | 68,192.51 |
| 02/11/09 | 003004 | GREGG SZILAGYI<br>One South Wacker Drive<br>Chicago, Illinois 60606 | (Final distribution to Claim (no claim number), representing a Payment of per court order.) | 2100-000 | | 15,367.04 | 52,825.47 |
| 02/11/09 | 003005 | JOSEPH BALDI & ASSOCIATES<br>19 S. LASALLE STREET<br>SIUTE 1500<br>CHCIAGO, ILLINOIS 60603 | (Final distribution to Claim (no claim number), representing a Payment of 61.47% per court order.) | 3210-000 | | 52,806.42 | 19.05 |
| 02/11/09 | 003006 | JOSEPH BALDI & ASSOCIATES<br>19 S. LASALLE STREET<br>SIUTE 1500<br>CHCIAGO, ILLINOIS 60603 | (Final distribution to Claim (no claim number), representing a Payment of 61.45% per court order.) | 3220-000 | | 19.05 | 0.00 |

```
                              COLUMN TOTALS                    198,647.51    198,647.51      0.00
                                 Less: Bank Transfers/CD's     198,647.51          0.00
                              Subtotal                               0.00    198,647.51
                                 Less: Payments to Debtors          0.00          0.00
                              Net                                    0.00    198,647.51
                              Page Subtotals                   198,647.51    198,647.51
```

UST Form 101-7-TDR (9/1/2009) *(Page: 16)*

**FORM 2**  
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 9  
Exhibit 9

Case No: 04-33054  
Case Name: GILBERT V JOHNSON  
Taxpayer ID No: XX-XXX7866  
For Period Ending: 11/04/09  

Trustee Name: Gregg Szilagyi  
Bank Name: Bank of America  
Account Number/CD#: XXXXXX1575 - CHECKING ACCOUNT  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account/CD Balance ($) |
|---|---|---|---|---|---|---|---|

|  | TOTAL OF ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|
|  | CHECKING ACCOUNT - XXXXXX1821 | 0.00 | 0.00 | 0.00 |
|  | MONEY MARKET - XXXXXX3926 | 193,786.13 | 1,026.08 | 0.00 |
|  | MONEY MARKET -- CHARTER ONE DISPUTE - XXXXXX3984 | 5,887.46 | 0.00 | 0.00 |
|  | CHECKING ACCOUNT - XXXXXX1575 | 0.00 | 198,647.51 | 0.00 |
|  |  | 199,673.59 | 199,673.59 | 0.00 |

Total Allocation Receipts:  260,155.68  
Total Net Deposits:  199,673.59  
Total Gross Receipts:  459,829.27  

(Excludes account transfers)  (Excludes payments to debtors)  Total Funds on Hand

Page Subtotals     0.00     0.00